343

**No. 62238.**—Kline & Co. *v.* United States, protest 149475–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiff was sustained.

**No. 62239.**—Joseph Rotberg & Co., Inc., and W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 145959–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of kidskins or lambskins the same in all material respects as those the subject of *Joseph Rotberg & Co., Inc., et al.* v. *United States* (40 Cust. Ct. 22, C. D. 1952), the claim for free entry under paragraph 1681 was sustained.

BEFORE THE SECOND DIVISION, JULY 31, 1958

**No. 62240.**—Aluminum Import Corp. et al. *v.* United States, protests 222707–K, etc. (Ogdensburg).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of aluminum alloys similar in all material respects to those the subject of *C. J. Tower & Sons* v. *United States* (45 C. C. P. A. 43, C. A. D. 670), the claim of the plaintiffs was sustained.

**No. 62241.**—Morris Friedman for account of Herman D. Steel Company et al. *v.* United States, protests 234463–K, etc. (Philadelphia).

Opinion by LAWRENCE, J.   The protests were dismissed.

**No. 62242.**—F. B. Vandegrift & Co., Inc. *v.* United States, protest 313435–K (Philadelphia).

Opinion by LAWRENCE, J.   The protest was dismissed.